DAVID G. MANGUM (4085)
C. KEVIN SPEIRS (5350)
KRISTINE EDDE JOHNSON (7190)
MICHAEL R. MCCARTHY (8850)
PARSONS BEHLE & LATIMER
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT  841111
Telephone: (801) 532-1234
Facsimile: (801) 536-6111
ecf@parsonsbehle.com

BENJAMIN G. JACKSON (admitted *pro hac vice*)
MATHEW GORDON (12526)
MYRIAD GENETICS, INC.
320 Wakara Way
Salt Lake City, UT 84108
bjackson@myriad.com
mgordon@myriad.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT FOR THE FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNIVERSITY OF UTAH RESEARCH FOUNDATION, ET AL.;<br><br>Plaintiffs,<br><br>vs.<br><br>GENE BY GENE LTD,<br><br>Defendant. | **CIVIL ACTION: 2:13-cv-00643-RJS**<br><br>**Judge Robert J. Shelby** |

## **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a settlement having been reached by the parties, plaintiffs University of Utah Research Foundation, The Trustees of the University of Pennsylvania, HSC Research and Development Limited Partnership, Endorecherche, Inc., and Myriad Genetics, Inc.; and defendant Gene by Gene Ltd. stipulate to dismissal of their respective claims and counterclaims in this case without prejudice.

DATED this 7th day of February, 2014.

                                                          /s/ David G. Mangum
                                                          DAVID G. MANGUM
                                                          C. KEVIN SPEIRS
                                                          KRISTINE EDDE JOHNSON
                                                          MICHAEL R. MCCARTHY
                                                          PARSONS BEHLE & LATIMER

                                                          BENJAMIN G. JACKSON
                                                          MATHEW GORDON

                                                          *Attorneys for Plaintiffs*

DATED this 7th day of February, 2014.

                                                          /s/ Brent O. Hatch
                                                          BRENT O. HATCH
                                                          MITCHELL A. STEPHENS
                                                          HATCH, JAMES & DODGE

                                                          *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

On this 7th day of February 2014, I certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system that will send an electronic notification to counsel of record for all of the parties.

*/s/ Kristine E. Johnson*